L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: tegan@pricelawgroup.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROS CONSTANTINOU CHARALAMBOUS and ANDROULLA THEODOROU CHARALAMBOUS,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 1:22-cv-00665-DAD-EPG<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiffs Petros Constantinou Charalambous, Androulla Theodorou Charalambous and Defendant Equifax Information Services, LLC, (together, the "Parties") have settled all claims between them in this matter. The Parties are in the process of completing settlement and expect to file the appropriate dismissal documents within sixty (60) days.

Plaintiffs request that the Court vacate all pending deadlines and hearings in this matter. Plaintiffs further request that the Court retain jurisdiction over the matter for purpose of enforcement of the settlement.

1

*Charalambous, et al. v. Equifax Info. Sols. LLC*
Notice of Settlement

1
2   Respectfully submitted,
3
/s/ L. Tegan Rodkey
4   L. Tegan Rodkey (SBN: 275830)
PRICE LAW GROUP, APC
5   6345 Balboa Blvd, Suite 247
Encino, CA 91316
6   T: (818) 600-5596
F: (818) 600-5496
7   E: tegan@pricelawgroup.com

8   *Attorneys for Plaintiffs*
*Petros Constantinou Charalambous and*
9   *Androulla Theodorou Charalambous*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28