UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROS CONSTANTINOU CHARALAMBOUS and ANDROULLA THEODOROU CHARALAMBOUS,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-cv-00665-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 7) |

On July 20, 2022, the parties filed a joint stipulation for Defendant Equifax Information Services, LLC to respond to the complaint, citing the need for defense counsel to have "additional time to investigate and respond to the allegations and claims made by Plaintiff." (ECF No. 7, p. 2).

Having considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services, LLC to Respond to the Complaint (ECF No. 7), and upon good cause shown, IT IS ORDERED that the Defendant Equifax Information Services, LLC shall have up to and including August 3, 2022, in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  **July 21, 2022**            /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE