UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROS CONSTANTINOU CHARALAMBOUS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>EQUIFAX INFORMATION SERVICES, LLC, <br><br>Defendant. | Case No. 1:22-cv-00665-ADA-EPG <br><br>ORDER RE: STIPULATION OF DISMISSAL <br><br>(ECF No. 12) |

On August 30, 2022, the parties filed a joint stipulation dismissing all claims with prejudice. (ECF No. 12). In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **August 31, 2022**            /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1